1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
7 **DISTRICT OF NEVADA**

8 UNITED STATES OF AMERICA,                )
                                           )
9            Plaintiff,                     )
                                           )
10      v.                                  )   2:13-CR-450-APG-(GWF)
                                           )
11 ELEUTERIO TORRES, JR.,                  )
                                           )
12            Defendant.                    )

13 **PRELIMINARY ORDER OF FORFEITURE**

14      This Court finds that defendant ELEUTERIO TORRES, JR., pled guilty to Count One of a

15 One-Count Superseding Criminal Information charging him with Conspiracy to Distribute and to

16 Possess with Intent to Distribute a Controlled Substance in violation of Title 21, United States Code,

17 Sections 841(a)(1) and 846. Superseding Criminal Information, ECF No. 82; Plea Agreement, ECF

18 No. 84; Change of Plea, ECF No. 86.

19      This Court finds defendant ELEUTERIO TORRES, JR., agreed to the forfeiture of the

20 property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal

21 Information. Superseding Criminal Information, ECF No. 82; Plea Agreement, ECF No. 84; Change

22 of Plea, ECF No. 86.

23      This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

24 has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture

25 Allegation of the Superseding Criminal Information and the offense to which defendant ELEUTERIO

26 TORRES, JR., pled guilty.

1  The following asset is any property constituting, or derived from, any proceeds obtained,

2  directly or indirectly, as the result of violations of Title 21, United States Code, Sections 841(a)(1) and

3  846:

4  $3,734 in United States Currency (property).

5  This Court finds the United States of America is now entitled to, and should, reduce the

6  aforementioned property to the possession of the United States of America.

7  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

8  United States of America should seize the aforementioned property.

9  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

10  ELEUTERIO TORRES, JR., in the aforementioned property is forfeited and is vested in the United

11  States of America and shall be safely held by the United States of America until further order of the

12  Court.

13  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

14  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

15  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the

16  time under the applicable statute when a petition contesting the forfeiture must be filed, and state the

17  name and contact information for the government attorney to be served with the petition, pursuant to

18  Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

19  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity

20  who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate

21  the validity of the petitioner's alleged interest in the property, which petition shall be signed by the

22  petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and

23  Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's

24  right, title, or interest in the forfeited property and any additional facts supporting the petitioner's

25  petition and the relief sought.

26  / / /

2

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

2  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than

3  thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days

4  after the first day of the publication on the official internet government forfeiture site,

5  www.forfeiture.gov.

6  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

7  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

8  following address at the time of filing:

9  Michael A. Humphreys
   Assistant United States Attorney
10 Daniel D. Hollingsworth
   Assistant United States Attorney
11 501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101.

12

13 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

14 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

15 following publication of notice of seizure and intent to administratively forfeit the above-described

16 property.

17 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of

18 this Order to all counsel of record.

19 Dated:  April 20, 2016.

20

21

22 _____
   UNITED STATES DISTRICT JUDGE

23

24

25

26

3